UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC M. CHRISTENSEN,<br><br>             Petitioner,<br><br>     v.<br><br>MARIAN FEATHER, et al.,<br><br>             Respondents. | Case No. C10-1889-MJP-BAT<br><br>**REPORT AND RECOMMENDATION** |

    Eric M. Christensen, proceeding pro se, is currently incarcerated at Federal Detention Center ("FDC") SeaTac. Christensen submitted a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging "the conditions of his incarceration." Dkt. 7 at 1. Christensen's petition alleges the Bureau of Prisons violated his due process rights in imposing sanctions against him. *Id.* at 6. According to Christensen, he was housed at Pioneer Fellowship House, a federal halfway house, when he was cited for "escape from unescorted community programs." *Id.* at 4. As a result of the violation, Christensen was removed from the halfway house and returned to FDC SeaTac. *Id.* at 5. The violation also resulted in the loss of good time credits and loss of his Residential Drug Abuse Program sentence reduction. *Id.* Christensen claims the matter was referred to the Discipline Hearing Officer for further hearing, but no further hearings were conducted. *Id.* at 5-6. Christensen thus filed for habeas relief.

REPORT AND RECOMMENDATION- 1

On January 13, 2011, Christensen submitted a letter to the Court seeking to withdraw his habeas petition as the Bureau of Prisons resolved the issue, and Christensen had received all of the relief he sought through the instant action. Dkt. 11 at 1. Based upon Christensen's request to withdraw the petition and the fact the petition now appears moot, the Court recommends the case be **DISMISSED** with prejudice. A proposed order accompanies this Report and Recommendation.

DATED this 14th day of January, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION- 2