UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERIC M. CHRISTENSEN,

             Petitioner,

      v.

MARION FEATHER, et. al.,

            Respondent.

Case No. C10-1889-MJP

**ORDER DIMISSING ACTION**

The Court, having reviewed the petition for writ of habeas corpus, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER:**

    (1)    The Court adopts the Report and Recommendation.

    (2)    This action is **DISMISSED**.

    (3)    The Clerk is directed to close the case.

    (4)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Brian A. Tsuchida.

    DATED this 24th day of January 2011.

                                                Marsha J. Pechman
                                                United States District Judge

ORDER DIMISSING ACTION- 1